**SEALED**

**FILED**

**OCT 27 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Crim. No. |
| v. | **CHARGES:** |
| ▋ | 18 U.S.C. § 371 (Conspiracy Against the United States); |
| | 18 U.S.C. § 1956(h) (Money Laundering Conspiracy); |
| **Defendants.** | 31 U.S.C. §§ 5314 & 5322(b) (Failing to File Reports Of Foreign Accounts); |
| | 22 U.S.C. §§ 612 & 618(a)(1) (Acting as an Agent of a Foreign Principal Without Registering); |
| Case: 1:17-cr-00201 | 22 U.S.C. § 618(a)(2) (False and Misleading Statements in Documents Furnished to the Attorney General under FARA); |
| Assigned To : Judge Jackson, Amy Berman | |
| Assign. Date : 10/27/2017 | |
| Description: INDICTMENT (B) | |
| | 18 U.S.C. § 1001(a) (False Statements) |
| | 18 U.S.C. § 2 (Aiding and Abetting; Causing an Act to be Done) |
| | **FORFEITURE ALLEGATION:** |
| | 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982, 28 U.S.C. § 2461(c). |
| | **UNDER SEAL** |

## ORDER

Upon consideration of the government's Motion for Sealing of the Indictment, Warrants, the Instant Motion, and to Delay Entry on the Public Docket of the Filings of the Motion to Seal and all Related Matters; for the reasons set out therein; and in consideration of *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), it is hereby

**ORDERED** that the Indictment, Warrants, the Instant Motion and that entry on the public docket of the filings of the motion to seal and all related matters be delayed until at least one of

the defendants named in the Indictment is in custody, at which time the foregoing materials shall be unsealed; and

**IT IS FURTHER ORDERED** that the government shall inform the Court as soon as the first of the defendants named in the Indictment is in custody so that the foregoing materials can be unsealed and entered on the public docket.

October 27, 2017
Date

HON. DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

4