**FILED**

OCT 3 0 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, Jr., and<br>RICHARD W. GATES III<br><br>**Defendants** | Crim. No. 17-201 (ABJ/DAR) |

## ORDER

Upon consideration of the government's motion to unseal the redacted version of the indictment returned on October 27, 2017, as well as the accompanying arrest warrants, it is hereby

**ORDERED** that the motion is granted; and

**IT IS FURTHER ORDERED** that the redacted version of the indictment and the arrest warrants shall be unsealed and made available on the public docket.

October 30, 2017
Date

HON. DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE