**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

OCT 3 1 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

PAUL J. MANAFORT, Jr., and
RICHARD W. GATES III

Crim. No. 17-201 (ABJ/DAR)

**Defendants**

## GOVENRMENT'S MOTION TO UNSEAL THE DOCKET

The government respectfully moves the Court to unseal the docket in the above-captioned case. Upon the return of the indictment on October 27, 2017, this Court, upon the motion of the Special Counsel entered an order sealing the indictment and associated documents, and delaying entry on the public docket of related matters, until at least one of the defendants named in the indictment was custody, at which time the materials would "be unsealed." *See* Oct. 27 Order. In accordance with that Order, the redacted indictment was unsealed on October 30, 2017, after the defendants were in custody after self-surrendering. The docket itself, however, remains sealed. Accordingly, the government respectfully moves for an order unsealing the docket, with the exception of the original indictment, which contains, at the top, administrative information relating to the Special Counsel's Office. The government requests that the attached indictment, which redacts that administrative information, be filed and that the original indictment remain sealed.

A proposed order accompanies this motion.

                                              Respectfully submitted,

                                              ROBERT S. MUELLER III
                                              Special Counsel

Dated: October 31, 2017            By:      /s/
                                              Andrew Weissmann
                                              Greg D. Andres
                                              Kyle R. Freeny
                                              (202) 616-0800