**FILED**
OCT 3 1 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

PAUL J. MANAFORT, Jr., and
RICHARD W. GATES III

Defendants

Crim. No. 17-201 (ABJ/DAR)

## ORDER

Upon consideration of the government's motion to unseal the docket in the above-captioned case, it is hereby

**ORDERED** that the motion is granted; and

**IT IS FURTHER ORDERED** that the docket in the above-captioned case shall be unsealed, but that the original indictment remain seal and be replaced with the copy of the redact copy of the indictment provided by the Special Counsel's Office.

October 31, 2017
Date

HON. DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE