AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

**NOV - 1 2017**

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:17-cr-00201-ABJ |
| Paul J. Manafort, Jr. and Richard W. Gates III | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:   11/01/2017

*Attorney's signature*

Andrew Weissmann  NYS 2005924
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, DC 20530
*Address*

aaw@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*