# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL J. MANAFORT, JR. and ) | Crim. No. 17-201 (ABJ/DAR) |
| RICHARD W. GATES III, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant Richard W. Gates III's Motion to Modify Release Conditions and finding good cause shown, it is this _____ day of November, 2017, hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED that the conditions of defendant's release are MODIFIED to revoke permanent home confinement and to permit him to travel within the United States and, on a limited basis, internationally.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE