# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, Jr., and<br>RICHARD W. GATES III,<br><br>Defendants. | Crim. No. 17-201 (ABJ) |

### UNITED STATES OF AMERICA'S RESPONSE TO THE
### NOVEMBER 2, 2017 MINUTE ORDER

The United States of America, by and through Special Counsel Robert S. Mueller III, files this response to the Court's Minute Order issued November 2, 2017, in which the Court directed the government to inform the Court of the anticipated length of its case. The government anticipates that it will need three weeks, or 15 trial days, to present its case in this matter.

Dated:   November 2, 2017

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

  /s/  Kyle R. Freeny
Andrew Weissmann
Greg D. Andres
Kyle R. Freeny
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-0800