# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | )   Crim. No. 17-201 (ABJ/DAR) |
| v. | ) |
|  | ) |
| PAUL J. MANAFORT, JR., and | ) |
| RICHARD W. GATES III, | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that my mailing address, has changed effective immediately.

The new mailing address is:

815 Connecticut Avenue NW
Suite 730
Washington, DC 20006
Tel:  202-368-4668
Fax.:  None
Email:  tezehnle@gmail.com

November 3, 2017                                  Respectfully submitted,

  /s/   Thomas E. Zehnle
Thomas E. Zehnle (DC Bar # 415556)
815 Connecticut Avenue NW
Suite 730
Washington, DC 20006
Tel:  202-368-4668
Fax.:  None
Email:  tezehnle@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

    All counsel of record

                                             / s/   Thomas E. Zehnle