# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **Crim. No. 17-201 (ABJ/DAR)** |
| **PAUL J. MANAFORT, JR. and** ) | |
| **RICHARD W. GATES III,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT RICHARD W. GATES III'S MOTION SEEKING PERMISSION TO LEAVE HOME CONFINEMENT TO VOTE

Richard W. Gates III., by and through counsel, hereby moves this Court for permission to leave home confinement so that he may vote on Tuesday, November 7, 2017. If permitted, Defendant will notify pre-trial services as to the window of time needed for him to leave his home confinement to vote. The position of the United States could not be ascertained with regard to this motion prior to filing but Defendant submits that the United States will not be prejudiced by the granting of this motion.

WHEREFORE, Defendant Gates hereby respectfully moves this Court for permission to leave home confinement so that he may vote on Tuesday, November 7, 2017.

Respectfully submitted,

 _/s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

*Attorney for Richard Gates*

Walter Mack
(Pro Hac Vice Admission to be filed)
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)