# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
| ) | |
| v.     ) | |
| ) | **Crim. No. 17-201 (ABJ/DAR)** |
| **PAUL J. MANAFORT, JR. and**     ) | |
| **RICHARD W. GATES III,**     ) | |
| ) | |
| **Defendants.**     ) | |

## ORDER

Upon consideration of Defendant Richard W. Gates III's Motion Seeking Permission to Leave Home Confinement for Specific Family Activities on Saturday, November 11, 2017 and Sunday, November 12, 2017, it is this ___ day of November, 2017, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE