UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **PAUL J. MANAFORT, JR.** and ) | Crim. No. 17-201 (ABJ/DAR) |
| **RICHARD W. GATES III,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of the Motion and Memorandum of Points and Authorities to Permit Appearance *Pro Hac Vice* of Counsel for Richard W. Gates III, requesting that Walter Staunton Mack and Annemarie McAvoy be allowed to appear *pro hac vice* in this action as co-counsel for Richard W. Gates III, the Court finds the motion is in compliance with the Local Criminal Rules of the United States Court for the District of Columbia. It is, therefore, this ___day of November 2017 hereby

ORDERED, that

| | |
|---|---|
| Applicant's Name: | Walter Staunton Mack |
| Firm Name: | Doar Rieck DeVita Kaley & Mack |
| Address: | 217 Broadway, Suite 707 |
| City/State/Zip: | New York, New York 10007 |
| Phone Number: | (212) 619-3730 |
| Fax Number: | (212) 962-5037 |
| Email Address: | wmack@doarlaw.com |

| | |
|---|---|
| Applicant's Name: | Annemarie McAvoy |
| Firm Name: | McAvoy Consulting, LLC |
| Address: | 161-16 84th Drive |
| City/State/Zip: | Jamaica, New York 10007 |
| Phone Number: | 917-750-8131 |
| Email Address: | mcavoypc@rocketmail.com |

are admitted to practice *pro hac vice* as co-counsel for Defendant Richard W. Gates III in the above-captioned case in the United States District Court for the District of Columbia. All

1

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  November ___, 2017

                                                                  _____
                                                                  AMY BERMAN JACKSON
                                                                  UNITED STATES DISTRICT JUDGE