UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR. and )<br>RICHARD W. GATES III, )<br>)<br>Defendants. ) | Crim. No. 17-201 (ABJ/DAR) |

## DECLARATION OF ANNEMARIE MCAVOY

Annemarie McAvoy, an attorney admitted to practice before the courts of the State of New York, pursuant to Rule 44.1(d) of the Local Criminal Rules of the United States District Court for the District of Columbia (the "Local Rules" or "LCrR"), declares under penalty of perjury that the following statements are true and correct:

1. I am an attorney licensed to practice law in the State of New York (New York State Attorney Registration No. 2188076).

2. My firm is McAvoy Consulting, LLC, where I am the managing member. I make this declaration pursuant to LCrR 44.1(d) in support of the motion for my admission *pro hac vice* in the above-captioned case.

3. My full name is Annemarie McAvoy.

4. My business address is 161-16 84th Drive, Jamaica, New York, 11432. My office telephone number is (917) 750-8131.

5. I am admitted to practice before the bar of New York (New York State Attorney Registration No. 2188076), the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, and the Supreme Court of the United States.

1

6. I certify that I have not been disciplined by any bar.

7. I have not made an application or been admitted to appear *pro hac vice* in this Court within the last two years.

8. I do not engage in the practice of law from an office located in the District of Columbia and I not a member of the District of Columbia Bar.

9. I will abide by the Local Rules and other rules of this Court.

10. I consent to the designation made herein by Counsel moving to permit my appearance *pro hac vice*.

Executed on November 10, 2017

_____
ANNEMARIE MCAVOY