UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, Jr., and<br>RICHARD W. GATES III,<br><br>**Defendants** | Crim. No. 17-201 (ABJ) |

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT GATES' REQUEST TO MODIFY HIS RELEASE CONDITIONS BY LEAVING HOME CONFINEMENT ON NOVEMBER 11, 2017 AND NOVEMBER 12, 2017**

The United States of America, by and through Special Counsel Robert S. Mueller III, submits this memorandum in opposition to the defendant Gates's motion to modify his conditions of release for November 11 and November 12, 2017.  *See* ECF#41.  In particular, the government opposes Mr. Gates' motion to be released from home detention during this weekend aside from his attendance at religious services (a condition which had been included in his initial release bond).  As the Court is aware, the parties are attempting to negotiate a bail package for presentation to the Court.  Mr. Gates most recently proposed a bail package to the government late last night.  No agreement has been made however, at least in part because the government has not yet been in a position to assess the full extent of the defendant's bail package, has not yet verified the defendant's net worth and has not yet had the opportunity to interview any of his proposed sureties.  Of note, there has been a controlling development since the government consented to the defendant's request to be release from home detention on November 4th and 5th, namely that this Court effectively held that each defendant constituted a risk of flight under the Bail Reform Act.  Specifically, on November 6, the Court ruled that: "pursuant to sections (b) and (c)(1) [of the Bail

Reform Act], that merely some personal recognizance upon execution of an unsecured appearance bond will not reasonably assure the appearance of either defendant and that I must impose additional conditions under subsection (c)(1)(B)." (*See* Transcript of November 6, 2017 Bail Hearing, page 25). The defendant Gates has effectively now asked to be released on his own recognizance and the Court should deny that motion.

                                              Respectfully submitted,

                                              ROBERT S. MUELLER III
                                              Special Counsel

Dated: November 10, 2017          By:     /s/_____
                                              Andrew Weissmann
                                              Greg D. Andres
                                              Kyle R. Freeny
                                              (202) 616-0800