UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, Jr., and<br>RICHARD W. GATES III,<br><br>Defendants | Crim. No. 17-201 (ABJ) |

## UNOPPOSED MOTION FOR
## PROTECTIVE ORDER GOVERNING DISCOVERY

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America, by and through Special Counsel Robert S. Mueller, III, hereby moves for entry by this Court of a protective order that will ensure the confidentiality of personal identification information and discovery that are included within the materials to be produced by the government pursuant to its discovery obligations.

Entry of a protective order restricting the use, dissemination, and disposition of such documents is essential to permit the United States to provide discovery to the defendant while protecting, among other things, personal information and other confidential materials. The United States has conferred with counsel for the defendants Paul J. Manafort, Jr., and Richard W. Gates III, and the defendants consent to the proposed Protective Order, a copy of which is submitted with this application.

WHEREFORE, the government respectfully moves the Court to enter the proposed Protective Order Governing Discovery.

                                                      Respectfully submitted,

                                                      ROBERT S. MUELLER III
                                                      Special Counsel

Dated: November 14, 2017         By:    __/s/_____
                                                               Andrew Weissmann
                                                               Greg D. Andres
                                                               Kyle R. Freeny
                                                               (202) 616-0800