UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL J. MANAFORT, JR. and ) | Crim. No. 17-201 (ABJ/DAR) |
| RICHARD W. GATES III, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon consideration of Defendant Richard W. Gates III's Motion to Modify Release Conditions for Limited Purposes, it is this ___day of November 2017 hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE