UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   Crim. No. 17-201- 01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |

DEFENDANT PAUL J. MANAFORT, JR.'S
MOTION TO MODIFY CONDITIONS OF
RELEASE FOR THANKSGIVING HOLIDAYS

Paul J. Manafort, Jr., by and through counsel, hereby moves this Court to modify the conditions of release for the limited purpose of local travel over the Thanksgiving holidays, pursuant to the Court's Minute Order dated November 20, 2017. Counsel for Mr. Manafort has conferred with the Government, which has no objection, subject to the following conditions: (1) that Pretrial Services be provided with the names and addresses of the locations to which he seeks to travel; (2) that Mr. Manafort consume no alcohol during this time; (3) that the GPS device remains on while out of his residence; and (4) any other conditions that the Court or Pretrial Services may impose. Mr. Manafort agrees to such conditions.

WHEREFORE, Defendant Manafort, without objection of the Government, moves to modify his current conditions of release for the limited purpose of local travel over the Thanksgiving holidays.

Dated: November 20, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kevin M. Downing
　　　　　　　　　　　　　　　　　　　　　(DC Bar # 1013984)
　　　　　　　　　　　　　　　　　　　　　Thomas E. Zehnle
　　　　　　　　　　　　　　　　　　　　　(DC Bar #415556)
　　　　　　　　　　　　　　　　　　　　　(202) 754-1992