UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>v.   )<br>  )   Crim. No. 17-201-01 (ABJ)<br>PAUL J. MANAFORT, JR.,   )<br>  )<br>  Defendant.   ) | |

DEFENDANT PAUL J. MANAFORT, JR.'S NOTICE
OF WAIVER OF APPEARANCE FOR HEARING
ON MOTION TO MODIFY CONDITIONS OF RELEASE

Paul J. Manafort, Jr., by and through counsel, hereby waives his appearance for the hearing on the Motion to Modify the Conditions of Release for Thanksgiving Holidays set for 1:00 p.m. on November 21, 2017. Counsel for Defendant Manafort files this Notice after notification by the Court's staff of the scheduled hearing date and time for the pending motion.

Dated: November 21, 2017                                         Respectfully submitted,

                                                                 _____
                                                                 Kevin M. Downing
                                                                 (DC Bar # 1013984)
                                                                 Thomas E. Zehnle
                                                                 (DC Bar #415556)
                                                                 815 Connecticut Avenue, NW
                                                                 Suite 730
                                                                 Washington, DC 20006
                                                                 (202) 754-1992