## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **PAUL J. MANAFORT, Jr.** | **Crim. No. 17-201-1 (ABJ)** |
| **Defendant.** | |

## MOTION TO SET SCHEDULE FOR THE UNITED STATES' RESPONSE TO THE COURT'S NOVEMBER 30, 2017 MINUTE ORDER

The United States of America, by and through Special Counsel Robert S. Mueller III, moves the Court for leave to file its response to the Court's Minute Order, dated November 30, 2017, by Monday, December 4, 2017.  In the Court's Minute Order, the Court directed the government to state in writing its position on defendant Manafort's recently-submitted Motion to Modify Conditions of Release ("Motion") [ECF No. 66].  The Minute Order did not specify a deadline for the government's submission, but the government understands that the Court would expect a prompt response.  The government seeks the Court's leave to have until Monday, December 4, 2017, to file its submission, in light of information that has come to the government's attention only after defendant's Motion was filed, which the government is still examining. Undersigned counsel has been unable to obtain defendant Manafort's position on this motion by the time of this filing, despite efforts to do so.[1]

---

[1] Counsel for the government has been in contact with counsel for defendant Manafort about the newly-acquired information described above.

WHEREFORE the United States requests that the Court permit the government to state its position on defendant Manafort's Motion to Modify Conditions of Release by December 4, 2017. A proposed order is attached herewith.

<div style="margin-left: 50%;">

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

</div>

Dated: December 1, 2017                    By:    /s/  Kyle R. Freeny
                                                   Andrew Weissmann
                                                   Greg D. Andres (D.D.C. Bar No. 459221)
                                                   Kyle R. Freeny
                                                   U.S. Department of Justice
                                                   Special Counsel's Office
                                                   950 Pennsylvania Avenue NW
                                                   Washington, DC 20530
                                                   Telephone: (202) 616-0800

                                                   *Attorneys for the United States of America*