# EXHIBIT A

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:16-cr-00436-KMW-2

| | |
|---|---|
| Case title: USA v. Williams | Date Filed: 06/22/2016 |

Assigned to: Judge Kimba M. Wood

**Defendant (2)**

| | | |
|---|---|---|
| **Steven Brown** | represented by | **Walter Staunton Mack , Jr**<br>Doar, Rieck, Kaley & Mack<br>217 Broadway<br>Suite 707<br>New York, NY 10007–2911<br>212–619–3730<br>Fax: 212–962–5037<br>Email: wmack@doarlaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT WIRE FRAUD<br>(1) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION<br>(2) | |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (CONSPIRACY)<br>(3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Patrick Egan**<br>US Attorney's Office, SDNY<br>1 St. Andrew's Plaza<br>New York, NY 10007 |

(212)-637-2345
Email: patrick.egan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Katherine Cannella Reilly**
U.S. Attorney's Office (SDNY)
1 St. Andrew's Plaza
New York, NY 10007
212-637-6521
Fax: 212-637-2527
Email: katherine.reilly2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Noah David Solowiejczyk**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2473
Fax: (212) 637-2527
Email: noah.solowiejczyk@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2016 | 1 | SEALED (3) INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, 3, Sealed Defendant 2 (2) count(s) 1, 2, 3, Sealed Defendant 3 (3) count(s) 1, 2. (jm) (Entered: 06/28/2016) |
| 06/28/2016 | 2 | Order to Unseal S(3)Indictment as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3. (Signed by Magistrate Judge James L. Cott on 6/28/16)(jm) (Entered: 06/28/2016) |
| 06/28/2016 | | INDICTMENT UNSEALED as to James David Williams, Steven Brown, Gerald Seppala. (jm) (Entered: 06/28/2016) |
| 06/28/2016 | | Case Designated ECF as to James David Williams, Steven Brown, Gerald Seppala. (jm) (Entered: 06/28/2016) |
| 06/28/2016 | | Case as to James David Williams, Steven Brown, Gerald Seppala ASSIGNED to Judge Judge Kimba M. Wood. Judge Judge Unassigned no longer assigned to the case. (jm) (Entered: 06/28/2016) |
| 06/28/2016 | | Arrest of (S3-16-Cr-436-02) Steven Brown. [*** NOTE: Refer to Disposition Sheet for Rule 9 Proceeding held on 6/28/2016. ***] (bw) (Entered: 06/30/2016) |
| 06/28/2016 | 6 | NOTICE OF ATTORNEY APPEARANCE: Walter Staunton Mack, Jr. appearing for (S3-16-Cr-436-02) Steven Brown. (bw) (Entered: 06/30/2016) |
| 06/28/2016 | 7 | Minute Entry on "Disposition Sheet" for proceedings held before Magistrate Judge James L. Cott: Initial Appearance as to (S3-16-Cr-436-02) Steven Brown held on 6/28/2016. Date of Arrest: 6/28/16 1:57 PM. Time of Presentment: 6/28/16 6:30 PM. AUSA Patrick Egan. Defense Counsel Walter Mack (Retained). Proceeding: Rule 9. Agreed conditions of release; $200,000 PRB; 2 FRP; travel restricted to SDNY/EDNY/CD California (and points in between for purpose of travel); surrender travel documents (& no new applications). Other Conditions: Pre Trial Supervision as directed; maintain residence at Santa Monica, LA address. Defendant to be released on own signature; remaining conditions to be met by 7/12/2016. COMMENTS: Any application for travel inside and outside the United States must be made to the Court for approval. ADDITIONAL PROCEEDINGS: Defendant arraigned; pleads Not Guilty. Conference before District Judge on 7/21/2016 at 1 PM. Speedy Trial Time excluded under 18 U.S.C. Section 3161(h)(7) until 7/21/2016 for production of discovery. (bw) (Entered: 06/30/2016) |

| | | |
|---|---|---|
| | | Request due 11/29/2017. Redacted Transcript Deadline set for 12/11/2017. Release of Transcript Restriction set for 2/6/2018. (McGuirk, Kelly) (Entered: 11/08/2017) |
| 11/08/2017 | 109 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Brown, Gerald Seppala. Notice is hereby given that an official transcript of a Conference proceeding held on 10/31/17 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/08/2017) |
| 11/13/2017 | 110 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION for Extension of Time to File *Pre–Trial Motion*. Document filed by Steven Brown as to James David Williams, Steven Brown, Gerald Seppala. (Mack, Walter) Modified on 11/14/2017 (ka). (Entered: 11/13/2017) |
| 11/14/2017 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to James David Williams, Steven Brown, Gerald Seppala: Notice to Attorney Walter Staunton Mack, Jr to RE–FILE Document 110 MOTION for Extension of Time to File Pre–Trial Motion. Use the event type Letter Motion found under the event list Motions. (ka)** (Entered: 11/14/2017) |
| 11/14/2017 | 111 | LETTER MOTION addressed to Judge Kimba M. Wood from Walter Mack dated November 13, 2014 *re: extension of time to file motions*. Document filed by Steven Brown as to James David Williams, Steven Brown, Gerald Seppala. (Mack, Walter) (Entered: 11/14/2017) |
| 11/15/2017 | 112 | MEMO ENDORSEMENT on 110 MOTION for Extension of Time to File Pre–Trial Motion. ENDORSEMENT: Granted. The Government's response is due January 19, 2018. Any Reply is due January 26, 2018. (Signed by Judge Kimba M. Wood on 11/15/2017) (lnl) (Entered: 11/15/2017) |
| 11/15/2017 | | Set/Reset Deadlines/Hearings as to Steven Brown: Responses due by 1/19/2018. Replies due by 1/26/2018. (lnl) (Entered: 11/15/2017) |
| 11/20/2017 | 113 | LETTER MOTION addressed to Judge Kimba M. Wood from AUSA Katherine Reilly dated November 20, 2017 re: Potential Conflict of Interest and Curcio Inquiry . Document filed by USA as to Steven Brown. (Reilly, Katherine) (Entered: 11/20/2017) |
| 11/22/2017 | 115 | MEMO ENDORSEMENT as to Steven Brown on re: 113 LETTER MOTION addressed to Judge Kimba M. Wood from AUSA Katherine Reilly dated November 20, 2017 re: Potential Conflict of Interest and Curcio Inquiry filed by USA. ENDORSEMENT: Ms. Reilly and Mr. Solowiejczyk shall confer with Counsel for Mr. Brown regarding a sate and time for this hearing as soon as possible, and shall call my deputy, Ms. Tomasello to set a date, either in the afternoon of Nov. 22, or morning the first week in December. (Signed by Judge Kimba M. Wood on 11/21/2017)(ft) (Entered: 11/22/2017) |
| 11/30/2017 | 116 | AFFIRMATION in Opposition as to Steven Brown re 113 LETTER MOTION addressed to Judge Kimba M. Wood from AUSA Katherine Reilly dated November 20, 2017 re: Potential Conflict of Interest and Curcio Inquiry .. (Mack, Walter) (Entered: 11/30/2017) |
| 11/30/2017 | 117 | MEMORANDUM in Opposition by Steven Brown re 113 LETTER MOTION addressed to Judge Kimba M. Wood from AUSA Katherine Reilly dated November 20, 2017 re: Potential Conflict of Interest and Curcio Inquiry .. (Mack, Walter) (Entered: 11/30/2017) |
| 12/04/2017 | | Minute Entry for proceedings held before Judge Kimba M. Wood: Curcio Hearing as to Steven Brown held on 12/4/2017. Defendant Steven Brown is present with his attorneys Walter Mack and David Rivera. AUSAs Katherine Reilly and Noah Solowiejczyk are present. Court reporter Rose Prater is present. Curcio hearing is held (see transcript.) The Court finds that Defendant Brown knowingly and voluntarily waives his right to conflict–free representation. (jbo) (Entered: 12/04/2017) |